Elizabeth D. Tate, SBA # 32659
2953 North 48th Street
Phoenix, AZ 85018-7749
Phone: (602) 670-4653
Fax: (602) 595-5959
E-mail: attorneyelizabethtate@yahoo.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Renee Ivchenko,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**City of Scottsdale, et. al.**<br><br>　　　　　　　　　Defendant. | **Case # 2:19-cv-5834 PHX ROS**<br><br>**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

　　　Plaintiff Renee Ivchenko ("Ivchenko"), by and through Elizabeth D. Tate, her undersigned attorney of record, submits this Motion for Leave to file his Second Amended Complaint and Demand for Jury Trial ("SAC") pursuant to Federal Rules of Civil Procedure, Rule 15(a), and the Scheduling Order.

　　　The SAC is necessary because Plaintiff dismissed Maricopa County and Sheriff Paul Penzone from the lawsuit and the SAC must clearly allege the acts of each Defendant Officer that give rise to each's liability.

In *Leadsinger, Inc. v. BMG Music Publishing*, 512 F. 3d 522, 532 (9th Cir., 2008), the Court stated:

> "The Federal Rules of Civil Procedure state that leave to amend "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a)(2). The decision of whether to grant leave to amend nevertheless remains within the discretion of the district court, which may deny leave to amend due to "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment." *Foman v. Davis,* 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). An outright refusal to grant leave to amend without a justifying reason is, however, an abuse of discretion."

None of the grounds for denial of leave to amend set forth in *Leadsinger* supra, are present with respect to the attached SAC.

Respectfully submitted this July 25, 2020

s/Elizabeth D. Tate
Elizabeth D. Tate, Attorney for Plaintiff

This Motion shall be filed on the date above pursuant to the U.S. District Court for Arizona Electronic Case Filing Administrative Policies and Procedures Manual, and a copy of this document shall be sent to counsel of record by electronic notification.

By: s/Elizabeth D. Tate
Elizabeth D. Tate

**Attached: (Proposed) Second Amended Complaint**