**Exhibits to**
**City Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint**
**Renee Ivchenko v. City of Scottsdale, et al.**
**2:19-cv-05834-ROS-DMF**

| Exhibit | Description |
|---------|-------------|
| 1 | Police Report |
| 2 | Excerpts from County Records |
| 3 | Almanac Data (Weather and Sunrise) |

# <u>EXHIBIT 1</u>

**Exhibit to**
**City Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint**
**Renee Ivchenko v. City of Scottsdale, et al.**
**2:19-cv-05834-ROS--DMF**

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: 18-08959 |
|---|---|---|

## AGG ASSAULT-OFFICER -- MINOR OR NO INJURY

| **Reported** 04/21/2018 18:10 | **Found** 04/21/2018 18:10 | **Occurred** 04/21/2018 18:10 |
|---|---|---|
| **Location** 10250 E Mountain View Rd Apt. 216, Scottsdale, AZ | | **Original Officer** (1505) TREGLOWN, B |

### Original Information

**Original Page:** 1

**Date Added:** 04/21/2018

**Added By:** (1505) TREGLOWN, B

## Charges

| 1 | Charge Type | Description | | | | Statute | UCR | |
|---|---|---|---|---|---|---|---|---|
| | State | AGG ASSAULT-OFFICER -- MINOR OR NO INJURY | | | | 13-1204A8A | 13B | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☑ Alcohol ☐ Drugs ☐ Computers | RESIDENCE/HOME | | ☐ Yes ☑ No | 1. Personal Weapons (hands, Etc.) |
| Entry | Exit | Criminal Activity | | 2. |
| | | NONE / OTHER | | 3. |
| Bias Motivation | Bias Target | Bias Circumstances | | Bias Group |

| 2 | Charge Type | Description | | | | Statute | UCR | |
|---|---|---|---|---|---|---|---|---|
| | State | ASSAULT-TOUCHED TO INJURE | | | | 13-1203A3 | 999 | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☑ Alcohol ☐ Drugs ☐ Computers | RESIDENCE/HOME | | ☐ Yes ☑ No | 1. Personal Weapons (hands, Etc.) |
| Entry | Exit | Criminal Activity | | 2. |
| | | NONE / OTHER | | 3. |
| Bias Motivation | Bias Target | Bias Circumstances | | Bias Group |

| 3 | Charge Type | Description | | | | Statute | UCR | |
|---|---|---|---|---|---|---|---|---|
| | State | DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR | | | | 13-2904A1 | 90C | ☐ Att ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☑ Alcohol ☐ Drugs ☐ Computers | RESIDENCE/HOME | | ☐ Yes ☑ No | 1. |
| Entry | Exit | Criminal Activity | | 2. |
| | | NONE / OTHER | | 3. |
| Bias Motivation | Bias Target | Bias Circumstances | | Bias Group |

COS-IVCHEN-000001

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency:  SPD | **Incident / Investigation Report** | Case Number:  **18-08959** |
|---|---|---|

### AGG ASSAULT-OFFICER -- MINOR OR NO INJURY

**Reported**  04/21/2018  18:10          **Found**  04/21/2018  18:10          **Occurred**  04/21/2018  18:10

**Location**  10250 E Mountain View Rd Apt. 216, Scottsdale, AZ          **Original Officer**  (1505) TREGLOWN, B

## Original Information          Original Page:  2

**Date Added:** 04/21/2018          **Added By:**  (1505) TREGLOWN, B

### Victim

| 1 | Type | Code | Name(Last, First, M) | | | | | | | AKA | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | I | VI | IVCHENKO, ANDREW | | | | | | | | |

| SSN | DOB | Age | Race | Ethnicity | Sex | Height | Weight | Hair | Eyes | Victim of Crimes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 58 | W | N | M | 604 | 195 | BRO | HAZ | 2,3 |

| License: ☐ DL ☐ ID ☐ Per | Number:  D05506989 | State:  AZ | Marital:  M | Resident:  R | Citizen:  US |
|---|---|---|---|---|---|

**Address**
10250 E MOUTAIN VIEW RD APT. 216, SCOTTSDALE, AZ 85259

**Hm ph:**

**Cell ph:**

**Occupation**          **Employer Name/Address**
/

**Wk ph:**

**Scars, Marks, Tatoos or Other Distinguishing Features:**

**Physical Characteristics:**

### Victim

| 2 | Type | Code | Name(Last, First, M) | | | | | | | AKA | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | VI | TREGLOWN, 1505 | | | | | | | | |

| SSN | DOB | Age | Race | Ethnicity | Sex | Height | Weight | Hair | Eyes | Victim of Crimes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 37 | W | U | M | | 0 | | | 1 |

| License: ☐ DL ☐ ID ☐ Per | Number: | State: | Marital: | Resident:  R | Citizen:  US |
|---|---|---|---|---|---|

**Address**
8401 E INDIAN SCHOOL RD, SCOTTSDALE, AZ 85251

**Hm ph:** (480) 312-5000

**Cell ph:**

**Occupation**          **Employer Name/Address**
City Of Scottsdale / 8401 E Indian School Rd, Scottsdale, Az 85251

**Wk ph:** (480) 312-5000

**Scars, Marks, Tatoos or Other Distinguishing Features:**

**Physical Characteristics:**

COS-IVCHEN-000002

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| **Agency: SPD** | **Incident / Investigation Report** | **Case Number: 18-08959** |
|---|---|---|

### AGG ASSAULT-OFFICER -- MINOR OR NO INJURY

**Reported** 04/21/2018 18:10  **Found** 04/21/2018 18:10  **Occurred** 04/21/2018 18:10
**Location** 10250 E Mountain View Rd Apt. 216, Scottsdale, AZ  **Original Officer** (1505) TREGLOWN, B

## Original Information
**Original Page:** 3

**Date Added:** 04/21/2018  **Added By:** (1505) TREGLOWN, B

## Offender

| 1 | Type I | Code OF | Name(Last, First, M) IVCHENKO, RENEE | | | | AKA Renee Rachelle Sandlin |
|---|---|---|---|---|---|---|---|

| SSN | DOB | Age 46 | Race W | Ethnicity N | Sex F | Height 507 | Weight 125 | Hair BLN | Eyes HAZ | |
|---|---|---|---|---|---|---|---|---|---|---|

**License:** ☐ DL ☐ ID ☐ Per  **Number:** D00454437  **State:** AZ  **Marital:** M  **Resident:** R  **Citizen:** US

**Address**
10250 E MOUNTAIN VIEW RD APT. 216, SCOTTSDALE, AZ  **Hm ph:** (480) 625-7709

**Occupation** | **Employer Name/Address** /  **Cell ph:**

**Wk ph:**

**Scars, Marks, Tatoos or Other Distinguishing Features:**

**Physical Characteristics:**

## Related Name Relationships

| IVCHENKO, ANDREW | is | SPOUSE | to | IVCHENKO, RENEE |
|---|---|---|---|---|
| TREGLOWN, 1505 | is | STRANGER | to | IVCHENKO, RENEE |

## Assisting Officers

(1361) MICHAEL, P

(1380) RYAN, S

(1488) DEARING, T

(1505) TREGLOWN, B

☑ DV   ☐ Child Abuse   ☐ Arson   ☐ Homicide   ☐ Hate Crime   ☐ Elderly   ☐ Gang Related   ☐ Liquor Est.   ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: 18-08959 |
|---|---|---|

## AGG ASSAULT-OFFICER -- MINOR OR NO INJURY

| **Reported** 04/21/2018 18:10 | **Found** 04/21/2018 18:10 | **Occurred** 04/21/2018 18:10 |
|---|---|---|
| **Location** 10250 E Mountain View Rd Apt. 216, Scottsdale, AZ | | **Original Officer** (1505) TREGLOWN, B |

### Original Information

| **Date Added:** 04/21/2018 | **Original Page:** 4 |
|---|---|
| | **Added By:** (1505) TREGLOWN, B |

### Notes / Narratives

On 04/21/18, around 1814 hours, I was operating as Patrol Officer (with OBC) when I was dispatched to 10250 E Mountain View Rd, Unit 216, in reference to a domestic violence call. Upon arriving on scene, I met with both involved parties, Andrew and Renee Ivchenko. Renee had called in the domestic violence to police. Comments on the call stated that Renee was assaulted by Andrew and that he grabbed her and threw her around.

Andrew informed me that his wife Renee has a serious alcohol abuse problem. Andrew said that tonight Renee was heavily intoxicated. Andrew said he tried to stop her from drinking so he poured her alcoholic beverage down the sink. Andrew said this upset Renee, so she went behind Andrew in the kitchen, and she grabbed him by his upper arms and pushed him to make him stop. Andrew said he did not retaliate or push Renee away. Andrew said he locked himself in the bedroom until the police arrived. Andrew had visible scratches on the insides of both of his biceps. Andrew did not show any signs of intoxication. Andrew did not want Renee arrested for anything, but did want her excessive drinking to stop. Nothing further from Andrew.

Renee spoke with Ofc. T. Dearing (1488) for the majority of the incident, see Ofc. Dearing`s supplement for further. While I briefly spoke with Renee, she showed strong signs of intoxication (heavily slurred speech, imbalance/stumbling, mood swings). Renee continuously reiterated that she called the police for help because she was assaulted. Renee had no apparent signs of injury. When I asked if she had any injuries, Renee removed her shirt for no reason. I instructed Renee to put her shirt back on but she ignored me and went to the bathroom. Renee came out of the bathroom a short time later and stood in the hallway with me and FTO S. Ryan (1380).

We informed Andrew that Renee and he needed to stay separated for the night until she could sober up. While Andrew was packing, I stoodby with Renee in the kitchen. I gave several verbal commands for Renee to remain seated in a separate room. Renee initially ignored my verbal commands to take a seat and insisted on speaking with Andrew, which I did not allow. Renee eventually went to the living room to lay on the couch for a few seconds before getting back up and trying to walk past me to speak with Andrew. I informed Renee several times that she was not going to speak Andrew in person anymore that night due to her intoxication and behavior. Renee insisted on continuing to disobey my commands and became very agitated with FTO Ryan, Ofc. Dearing, and myself. Renee began yelling aggressively, swinging her arms, and pointing at the other officer and me while I told her to calm down. Renee then pushed me in the chest with open palms, causing herself to fall backwards against the living room couch. I then grabbed Renee`s right arm, FTO Ryan grabbed Renee`s left arm, and we placed both of her arms behind her back into handcuff position.

While I was handcuffing Renee, she was pulling away from me and tightening up her muscles. I was able to finally place Renee under arrest, checked for proper tightness, and double locked both cuffs before securing Renee in the backseat of my patrol car. While in the backseat, Renee began kicking the driver`s side backseat window with her feet. Renee was insructed to stop by Sgt. P. Michael (1361) and she did. On the way to Scottsdale City Jail, Renee removed her handcuffs. I pulled my patrol vehicle over at 9708 E Via Linda to reapply handcuffs to Renee. Renee was noncompliant again and attempted to pull away from me, tightened up her muscles, and curled her arms to her chest. FTO Ryan and I were able to place Renee`s arms behind her back again into handcuff position while she was still in the backseat of my patrol vehicle. FTO Ryan placed handcuffs on Renee, checked for proper tightness, and double locked both cuffs before resecuring Renee in the backseat once again before continuing to Scottsdale City Jail.

Renee was turned over to detention officers at Scottsdale City Jail and held in custody. Renee was placed under arrest for

COS-IVCHEN-000004

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| **Agency:  SPD** | **Incident / Investigation Report** | **Case Number:  18-08959** |
|---|---|---|

## AGG ASSAULT-OFFICER -- MINOR OR NO INJURY

**Reported**  04/21/2018  18:10  **Found**  04/21/2018  18:10  **Occurred**  04/21/2018  18:10

**Location**  10250 E Mountain View Rd Apt. 216, Scottsdale, AZ  **Original Officer**  (1505) TREGLOWN, B

## Original Information

**Original Page:**  5

**Date Added:** 04/21/2018  **Added By:**  (1505) TREGLOWN, B

## Notes / Narratives

13-1204.A8 Aggravated Assault on a Police Officer--No injury, 13-1203.A3 Assault--Touched to Injure, and 13-2904.A1 Disorderly Conduct--Fighting.

While at the Scottsdale City Jail, I read Renee her Miranda Rights from my Scottsdale Miranda Rights card around 1945 hours. Renee did not wish to speak to me and requested her husband Andrew as her attorney. This concluded my investigation with Renee.

No further information.

## Notes / Continuation

COS-IVCHEN-000005

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| **Agency: SPD** | **Incident / Investigation Report** | **Case Number: 18-08959** |
|---|---|---|

**AGG ASSAULT-OFFICER -- MINOR OR NO INJURY**

**Reported** 04/21/2018 18:10      **Found** 04/21/2018 18:10      **Occurred** 04/21/2018 18:10

**Location** 10250 E Mountain View Rd Apt. 216, Scottsdale, AZ      **Original Officer** (1505) TREGLOWN, B

**Supplement Information**      **Supplement Page:** 1

**Date Added:** 04/21/2018 19:00:54      **Added By:** (1488) DEARING, T

## Supplement Notes

On 04-21-2018 at approximately 1843 hours, Renee Ivchenko was arrested for Aggravated Assault and Disorderly Conduct at 10250 E. Mountain View Rd. #216.

Call comments stated the following:
The 911 caller identified as Renee Ivchenko stated that her husband (Andrew Ivchenko) assaulted her. Renee stated that she was cooking dinner and Andrew did not like the fact she was microwaving part of the dinner. Renee locked herself in her room.

I arrived on scene in a fully marked Scottsdale Police patrol vehicle wearing a full regulation SPD uniform. I was also equipped with my department issued AXON On-body camera throughout the investigation.

Upon my arrival at the above listed location, a blonde female opened the door later identified as Renee Ivchenko. Renee and her husband Andrew were standing at the front door. I immediately had Andrew  step outside onto the porch and told Renee to stand next to her sofa located in the living room.

As I was speaking with Andrew on the porch of the second story condo, I could visually see Renee inside the residence approximately 15 feet away. Andrew stated the following:

Andrew stated that his wife is an alcoholic. Andrew stated that he found a bottle of liquor that Renee was hiding and he poured it out.  Andrew stated that when he got the kitchen to dump out the alcohol, Renee attempted to pull him away from the sink and prevent him from pouring the liquor out. Andrew stated that he had scrapes on the inside of both his left and right biceps. Andrew then showed me the scrapes. I observed one scrape on the inside of Andrews left bicep approximately one inch in length. Andrew stated that all she was doing was trying to prevent him from dumping out her liquor.

Andrew stated Renee threated to call the police to which he immediately went and locked himself in the bathroom.

I asked Andrew if anything else occurred in regards to the verbal altercation or physical altercation to which Andrew stated no. Andrew stated that it was as simple as him finding the liquor and attempting to pour it down the drain as Renee attempted to stop him. Andrew stated that at no time did he touch Renee nor did he get involved in a serious verbal altercation.

I then asked Andrew to step inside his residence and stand where Renee was standing (The backside of the sofa in the living room). I asked Renee to step out onto the front porch. I again had a clear line of sight of both Renee and Andrew. It should be noted that soon after the arrival of Officer Treglown #1505, Renee and I stepped into the residence and continued the conversation in the guest room located directly right after entering the residence. Renee stated the following:

Renee stated that she was cooking dinner. Renee stated that at some point she attempted to microwave part of their dinner and Andrew did not like that. Renee stated that Andrew wanted everything to be cooked on the stove. It was at this time that Renee stated Andrew grabbed her by both shoulders and pushed her. Renee stated that she fell backwards as Andrew continued to approach her and push her. Renee stated that she was pushed through the hallway and into the bathroom door. It should be noted that while speaking with Renee, she was extremely intoxicated. Renee showed me her arms and I did not see any red marks or bruises.

COS-IVCHEN-000006

☑ DV    ☐ Child Abuse    ☐ Arson    ☐ Homicide    ☐ Hate Crime    ☐ Elderly    ☐ Gang Related    ☐ Liquor Est.    ☑ On-Body Camera

| | | |
|---|---|---|
| **Agency: SPD** | **Incident / Investigation Report** | **Case Number: 18-08959** |

## AGG ASSAULT-OFFICER -- MINOR OR NO INJURY

| | | |
|---|---|---|
| **Reported** 04/21/2018  18:10 | **Found** 04/21/2018  18:10 | **Occurred** 04/21/2018  18:10 |
| **Location** 10250 E Mountain View Rd Apt. 216, Scottsdale, AZ | | **Original Officer** (1505) TREGLOWN, B |

| **Supplement Information** | **Supplement Page:** 2 |
|---|---|
| **Date Added:** 04/21/2018 19:00:54 | **Added By:** (1488) DEARING, T |

I then told Renee that I wanted to speak with other officers to which she stopped talking to me and began just staring at me. Renee then began demanding to speak with Andrew to which she was denied.

While Andrew was outside speaking with Officers, Renee made her way into the kitchen area. See all additional supplements for further information.

At some point, Renee began to scream about her husband being in the military and began approaching the door from the living room. Renee was asked multiple times to not approach the door by Officer Treglown. Renee was then screaming at Officer Treglown, Officer Ryan and I. At some point, Officer Treglown put Renee`s hands behind her back and placed Renee under arrest for Aggravated Assault against a Police Officer. See all additional supplements for further information.

It should be noted that from where I was standing I could not view any altercation between Renee and Officer Treglown as I was also paying attention to the front door and Renee at once. See all additional supplements for further information.

I did however assist Officer Treglown by holding Renee`s right arm while he placed handcuffs on Renee.

Upon Officer Ryan and Officer Treglown taking Renee out of the residence, I asked Andrew if he was willing to have our Crime Scene Specialists take photographs of his injuries. Andrew stated that he was not willing to allow photographs taken of him. Andrew was notified that he would be receiving Victim Rights in the mail.

This concluded my involvement in this matter. See all additional supplements in this matter. NFI.

COS-IVCHEN-000007

| JMS internal Booking #<br>2018003139 | Alert/VP<br>VP9, VP3,<br>SUIC | **CITY OF SCOTTSDALE**<br>**ARREST REPORT** | DNA previous<br>☐1 Yes<br>☒ No | DNA taken<br>☐1 Yes<br>☒No | Fingerprinted<br>☒ Yes<br>☐2 No | Photo<br>☒Yes<br>☐2 No |
|---|---|---|---|---|---|---|
| AZAFIS PCN number | | | | | | |

# IDENTIFICATION

| 1 ORI #<br>AZ0072500 | 2 AGENCY NAME<br>Scottsdale Police Department | | 3a. ARREST #<br>2018004864 | 3b DR #<br>18-08959 |
|---|---|---|---|---|

| 5a. LAST, FIRST, MIDDLE NAME<br>IVCHENKO, RENEE | 5b. Citizenship<br>US | 5c. Interpreter<br>☐Yes ☒No | 5d.Language | 7 SEX<br>☐1 M<br>☒F | 8 RACE<br>☒W ☐3 A<br>☐B ☐4 I | 9 HGT.<br>5'07 | 10 WGT.<br>125 | 11 EYE<br>HAZEL | 12 HAIR<br>BLN | 13 SKIN |
|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE)<br>CA | 16 SSN<br>___ - ___ - | 17 DATE OF BIRTH | 18 AGE<br>46 | 19 AFIS ARN |
|---|---|---|---|---|

| 20 SID #<br> | 21a.Relative/Emergency Contact<br>Andrew Ivchenko | 21b. Relationship<br>Husband | 21c. Address/Phone<br>Ph: (480) 250-4514 | 22 DL #<br>D00454437 | 23 ST<br>AZ |
|---|---|---|---|---|---|

| 24 FBI #<br> | | | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|

| 26 ☒ RESIDENT<br>☐2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP)<br>10250 E Mountain View Rd, 216 Scottsdale Az | 28 RESIDENCE PHONE<br>(480)625-7709 | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

# ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP)<br>10250 E MOUNTAIN VIEW RD SCOTTSDALE, AZ | 34 DIST/BEAT<br>D3/13 | 39 ARMED?<br>☐1 Y ☒ N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|

| 41 DATE OF ARREST<br>04/21/2018 | 42 TIME OF ARREST<br>18:43 ☐1 1. AM ☒ MIL.<br>☐2 2. PM | 43 DAY OF ARREST<br>S M T W T ☒ X | 44 TYPE ARREST<br>BOOKED | |
|---|---|---|---|---|

| CHARGE #<br>1 | F/M<br>M | Cnt<br>1 | Charge<br>ASSAULT-TOUCHED TO INJURE | | State/Local<br>13-1203A3 | Citation/Warrant # |
|---|---|---|---|---|---|---|
| DR #<br>1808959 | Bond<br>0.00 | Release Date<br>04/21/2018 | Violation Date<br>04/21/2018 | Court ORI<br>7510 | DV<br>Y | Prep Offense | Disposition<br>HELD IN CUSTODY |

| CHARGE #<br>2 | F/M<br>F | Cnt<br>1 | Charge<br>AGG ASSAULT-OFFICER -- MINOR OR NO INJURY | | State/Local<br>13-1204A8A | Citation/Warrant # |
|---|---|---|---|---|---|---|
| DR #<br>1808959 | Bond<br>0.00 | Release Date<br>04/21/2018 | Violation Date<br>04/21/2018 | Court ORI<br>7510 | DV<br>N | Prep Offense | Disposition<br>HELD IN CUSTODY |

| CHARGE #<br>3 | F/M<br>M | Cnt<br>1 | Charge<br>DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR | | State/Local<br>13-2904A1 | Citation/Warrant # |
|---|---|---|---|---|---|---|
| DR #<br>1808959 | Bond<br>0.00 | Release Date<br>04/21/2018 | Violation Date<br>04/21/2018 | Court ORI<br>7510 | DV<br>Y | Prep Offense | Disposition<br>HELD IN CUSTODY |

| 66 ARREST DISPOSITION | 68 ACCOMPLICE ARRESTED WITH | | DOB: | BOOKING#: |
|---|---|---|---|---|

| ALIAS AKA<br>ID: | NAME:SANDLIN, RENEE RACHELLE | DOB: | SSN: |
|---|---|---|---|

Scars, Marks and Tattoos

## BOOKING

| Date of Booking: | Booking Time: | Day of Booking: | Cell: | Booking Detention Officer: |
|---|---|---|---|---|
| 04/21/2018 | 19:7 | Saturday | | (B1600) SCHULZ, C |

| Property Locker: | Property Received From: |
|---|---|
| District 2 | Jail Area | Locker 45 | | Ivchenko, Renee |

**Property Taken:**
3  Hair Accessories

| Date Taken: | Taken By: | Date Returned: | Returned By: |
|---|---|---|---|
| 04/21/2018 | (B1561) GROVER, K | 04/21/2018 | (B892) GARLAND, K |

## RELEASE INFORMATION

| Date of Release: | Release Time: | Release Notes: |
|---|---|---|
| 04/21/2018 | 20:40 | |

| Release To: | Release Reason: | Release Detention Officer: |
|---|---|---|
| TOT | TURNED OVER TO | (B892) GARLAND, K |

**Related Cases**

| ARRESTING OFFICER (Badge#) | TRANSPORTING OFFICER (Badge#) | SUPERVISOR (Badge#) |
|---|---|---|
| (1505) TREGLOWN, B | | (1170) JOHNSON, T |

**Booking Notes:**
MCSO

# EXHIBIT 2

**Exhibit to**
**City Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint**
**Renee Ivchenko v. City of Scottsdale, et al.**
**2:19-cv-05834-ROS--DMF**

As part of my consent to participate in the Felony Pretrial Intervention Program, I acknowledge that I am guilty of the offenses charged in the complaint. I acknowledge that this admission and the statements in this document may be used against me if I fail to successfully complete the program and my case proceeds to trial. I understand that I have the right to remain silent and I make the following statements voluntarily after consultation with my attorney.

On _____**April 21, 2018**_____ in**Scottsdale, Arizona - Maricopa County**
         Date of Offense                  Location and Jurisdiction

**On April 21, 2018, I, Renee Ivchenko, knowingly touched Brandon Treglown**

**in the chest area with the intent to provoke him.  Brandon Treglown is a**

**a Scottsdale Police Officer and at the time of this incident he was in full**

**uniform and I knew he was a police officer acting in his official capacity.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

3/15/18         *Renee Rachelle Ivchenko*
**DATE**           **RENEE RACHELLE IVCHENKO**

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Loren D Hubbell
Deputy County Attorney
Bar ID #: 033284
CBPE-East Phoenix/Scottsdale
301 West Jefferson, 8th Floor
Phoenix, AZ 85003
Telephone: (602) 506-1145
mcaocbpeasteastphxsc@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 1808959 - Scottsdale Police Department
McDowell Mtn. Justice Court

0131711723

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
COUNTY OF MARICOPA, RCC-DOWNTOWN

| | |
|---|---|
| THE STATE OF ARIZONA, | |
| Plaintiff, | |
| vs. | |
| RENEE RACHELLE IVCHENKO, | CR2018-119949-001 |
| Defendant. | DIRECT COMPLAINT |
| | **COUNT 1:** AGGRAVATED ASSAULT, A CLASS 5 FELONY (Renee Rachelle Ivchenko) |
| | **IN CUSTODY** |

DCO

The complainant herein personally appears and, being duly sworn, complains on information and belief against RENEE RACHELLE IVCHENKO, charging that in Maricopa County, Arizona:

**COUNT 1**:

RENEE RACHELLE IVCHENKO, on or about April 21, 2018, knowing, or having reason to know, that Brandon Treglown was a peace officer, knowingly did touch Brandon Treglown, a peace officer, with the intent to injure, insult or provoke him, in violation of A.R.S. §§ 13-1203, 13-1204, 13-701, 13-702, and 13-801.

_____
/s/ Loren D Hubbell
Deputy County Attorney

**IN CUSTODY**

_____     Agency: Scottsdale Police
    Complainant                                         Department

Subscribed and sworn upon information and belief this __ day of April, 2018.

If

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Kenneth N Vick
Deputy County Attorney
Bar ID #: 017540
301 West Jefferson, 8th Floor
Phoenix, AZ 85003
Telephone: (602) 372-7300
MCAO Firm #: 00032000
Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | CR2018-119949-001 |
| Plaintiff, | STATE'S MOTION TO DISMISS WITH PREJUDICE AND ORDER |
| vs. | |
| | (Assigned to the Honorable David V Seyer, Div. RCCT1) |
| RENEE RACHELLE IVCHENKO, | |
| Defendant. | |

The State of Arizona requests that the above-entitled matter be dismissed with prejudice because Defendant has successfully completed the Maricopa County Attorney's Felony Pretrial Intervention Program.

Submitted this 14th day of September, 2018.

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY:  _Kenneth N Vick_
/s/ Kenneth N Vick
Deputy County Attorney

Copy mailed/delivered September <u>14</u>, 2018, to:

The Honorable David V Seyer
Judge of the Superior Court

David J Kephart
1840 E Warner Rd, Ste 102
Tempe, AZ 85284
Attorney for Defendant

BY: _Kenneth N Vick_
        /s/ Kenneth N Vick
        Deputy County Attorney

yn

# <u>EXHIBIT 3</u>

**Exhibit to**
**City Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint**
**Renee Ivchenko v. City of Scottsdale, et al.**
**2:19-cv-05834-ROS--DMF**

 **Past Weather in Phoenix, Arizona, USA — April 2018**

Time/General    Weather ⌄    Time Zone    DST Changes    Sun & Moon ⌄

Weather Today/Tomorrow    Hour-by-Hour Forecast    14 Day Forecast    Yesterday/Past Weather    Climate (Averages)

**Now**
**96 °F**
Sunny.

| | |
|---|---|
| Location: | Phoenix Sky Harbor International Airport |
| Current Time: | Aug 6, 2020 at 11:21:29 am |
| Latest Report: | Aug 6, 2020 at 9:51 am |



Feels Like: 92 °F
Forecast: 108 / 82 °F
Wind: No wind

| | |
|---|---|
| Visibility: | 10 mi |
| Pressure: | 29.78 "Hg |
| Humidity: | 15% |
| Dew Point: | 41 °F |

**Select month:** April 2018

## April 2018 Weather in Phoenix — Graph



Wednesday, April 25, 2018, 6:00 pm — 12:00 am

**95 / 82 °F**
Passing clouds.

| | | |
|---|---|---|
| Humidity: | 11% | |
| Barometer: | 29.77 "Hg | |
| | | W |
| | | Wind: 3.728 mph |


timeanddate.com

## High & Low Weather Summary for April 2018

|  | Temperature | Humidity | Pressure |
|---|---|---|---|
| High | 98 °F (Apr 10, 2:51 pm) | 48% (Apr 8, 5:51 am) | 30.19 "Hg (Apr 8, 5:51 am) |
| Low | 55 °F (Apr 18, 5:51 am) | 3% (Apr 15, 2:51 pm) | 29.58 "Hg (Apr 2, 4:51 pm) |
| Average | 78 °F | 16% | 29.82 "Hg |
| * Reported Apr 1 12:51 am — Apr 30 11:51 pm, Phoenix. Weather by CustomWeather, © 2020 | | | |

Note: Actual official high and low records may vary slightly from our data, if they occured in-between our weather recording intervals... More about our weather records

## Phoenix Weather History for April 21, 2018

Show weather for: | April 21, 2018 |

| Time | Conditions | | | Comfort | | | |
|---|---|---|---|---|---|---|---|
|  |  | Temp | Weather | Wind | | Humidity | Barometer | Visibility |
| **12:51 am** Sat, Apr 21 |  | 67 °F | Clear. | 9 mph | ⬋ | 26% | 29.99 "Hg | 10 mi |
| **1:51 am** |  | 64 °F | Clear. | 6 mph | ⬋ | 29% | 29.98 "Hg | 10 mi |
| **2:51 am** |  | 64 °F | Clear. | 3 mph | ⬅ | 32% | 29.98 "Hg | 10 mi |
| **3:51 am** |  | 62 °F | Clear. | 6 mph | ⬋ | 35% | 29.98 "Hg | 10 mi |
| **4:51 am** |  | 62 °F | Clear. | 3 mph | ⬉ | 37% | 29.98 "Hg | 10 mi |
| **5:51 am** |  | 61 °F | Passing clouds. | No wind | ⬇ | 36% | 30.00 "Hg | 10 mi |
| **6:51 am** |  | 63 °F | Passing clouds. | 5 mph | ⬅ | 34% | 30.02 "Hg | 10 mi |
| **7:51 am** |  | 67 °F | Passing clouds. | 9 mph | ⬅ | 30% | 30.02 "Hg | 10 mi |
| **8:51 am** |  | 71 °F | Scattered clouds. | 8 mph | ⬋ | 26% | 30.02 "Hg | 10 mi |
| **9:51 am** |  | 74 °F | Passing clouds. | 7 mph | ⬉ | 22% | 30.02 "Hg | 10 mi |
| **11:51 am** |  | 79 °F | Scattered clouds. | 6 mph | ⬊ | 17% | 29.97 "Hg | 10 mi |
| **12:51 pm** |  | 81 °F | Scattered clouds. | 7 mph | ⬊ | 16% | 29.95 "Hg | 10 mi |
| **1:51 pm** |  | 83 °F | Scattered clouds. | 3 mph | ⬇ | 14% | 29.91 "Hg | 10 mi |
| **2:51 pm** |  | 86 °F | Scattered clouds. | No wind | ⬇ | 13% | 29.88 "Hg | 10 mi |
| **3:51 pm** |  | 88 °F | Scattered clouds. | 7 mph | ⬊ | 12% | 29.84 "Hg | 10 mi |


timeanddate.com

| 6:51 pm | | 86 °F | Broken clouds. | 12 mph | → | 13% | 29.82 "Hg | 10 mi |
| 7:51 pm | | 85 °F | Passing clouds. | 12 mph | → | 14% | 29.84 "Hg | 10 mi |
| 8:51 pm | | 82 °F | Passing clouds. | 6 mph | ↗ | 15% | 29.85 "Hg | 10 mi |
| 9:51 pm | | 79 °F | Passing clouds. | No wind | ↓ | 19% | 29.87 "Hg | 10 mi |
| 11:51 pm | | 75 °F | Passing clouds. | 7 mph | ← | 25% | 29.87 "Hg | 10 mi |

Weather by CustomWeather, © 2020

Apr 1 | Apr 2 | Apr 3 | Apr 4 | Apr 5 | Apr 6 | Apr 7 | Apr 8 | Apr 9 | Apr 10 | Apr 11 | Apr 12 | Apr 13 | Apr 14 | Apr 15 | Apr 16 | Apr 17 | Apr 18 | Apr 19 | Apr 20 | Apr 21 | Apr 22 | Apr 23 | Apr 24 | Apr 25 | Apr 26 | Apr 27 | Apr 28 | Apr 29 | Apr 30

See weather overview ›

Advertising



timeanddate.com
© Time and Date AS 1995–2020

# April 2018 - Scottsdale, Arizona - Sunrise and sunset calendar

Sunrise and sunset times, civil twilight start and end times as well as solar noon, and day length for every day of **April 2018** in Scottsdale, AZ.

In Scottsdale, AZ, the first day of April is 12 hours, 35 minutes long. The last day of the month is 13 hours, 31 minutes, so the length of the days gets 56 minutes longer in April 2018.

« March 2018                              May 2018 »

| Day | Twilight start | Sunrise | Sunset | Twilight end | Day length | Solar noon | Nautical twilight | | Astronomical twilight | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Start | End | Start | End |
| Sun, Apr 1 | 5:48:45 am | **6:13:43 am** | **6:48:47 pm** | 7:13:45 pm | 12:35:04 | 12:31:15 pm | 5:19 am | 7:43 pm | 4:49 am | 8:13 pm |
| Mon, Apr 2 | 5:47:23 am | **6:12:24 am** | **6:49:31 pm** | 7:14:31 pm | 12:37:07 | 12:30:57 pm | 5:17 am | 7:44 pm | 4:47 am | 8:14 pm |
| Tue, Apr 3 | 5:46:02 am | **6:11:05 am** | **6:50:15 pm** | 7:15:17 pm | 12:39:10 | 12:30:40 pm | 5:16 am | 7:44 pm | 4:46 am | 8:15 pm |
| Wed, Apr 4 | 5:44:42 am | **6:09:46 am** | **6:50:59 pm** | 7:16:03 pm | 12:41:13 | 12:30:23 pm | 5:15 am | 7:45 pm | 4:44 am | 8:15 pm |
| Thu, Apr 5 | 5:43:21 am | **6:08:28 am** | **6:51:43 pm** | 7:16:50 pm | 12:43:15 | 12:30:05 pm | 5:13 am | 7:46 pm | 4:43 am | 8:16 pm |
| Fri, Apr 6 | 5:42:01 am | **6:07:10 am** | **6:52:27 pm** | 7:17:36 pm | 12:45:17 | 12:29:49 pm | 5:12 am | 7:47 pm | 4:41 am | 8:17 pm |
| Sat, Apr 7 | 5:40:41 am | **6:05:52 am** | **6:53:12 pm** | 7:18:23 pm | 12:47:20 | 12:29:32 pm | 5:10 am | 7:48 pm | 4:40 am | 8:18 pm |
| Sun, Apr 8 | 5:39:22 am | **6:04:35 am** | **6:53:56 pm** | 7:19:09 pm | 12:49:21 | 12:29:16 pm | 5:09 am | 7:49 pm | 4:38 am | 8:19 pm |
| Mon, Apr 9 | 5:38:03 am | **6:03:18 am** | **6:54:40 pm** | 7:19:56 pm | 12:51:22 | 12:28:59 pm | 5:08 am | 7:49 pm | 4:37 am | 8:20 pm |

| Tue, Apr 10 | 5:36:44 am | **6:02:02 am** | **6:55:25 pm** | 7:20:43 pm | 12:53:23 | 12:28:43 pm | 5:06 am | 7:50 pm | 4:35 am | 8:21 pm |
| Wed, Apr 11 | 5:35:26 am | **6:00:47 am** | **6:56:09 pm** | 7:21:30 pm | 12:55:22 | 12:28:28 pm | 5:05 am | 7:51 pm | 4:34 am | 8:22 pm |
| Thu, Apr 12 | 5:34:08 am | **5:59:32 am** | **6:56:54 pm** | 7:22:18 pm | 12:57:22 | 12:28:13 pm | 5:03 am | 7:52 pm | 4:32 am | 8:23 pm |
| Fri, Apr 13 | 5:32:50 am | **5:58:17 am** | **6:57:38 pm** | 7:23:05 pm | 12:59:21 | 12:27:58 pm | 5:02 am | 7:53 pm | 4:31 am | 8:24 pm |
| Sat, Apr 14 | 5:31:34 am | **5:57:03 am** | **6:58:23 pm** | 7:23:53 pm | 13:01:20 | 12:27:43 pm | 5:01 am | 7:54 pm | 4:29 am | 8:25 pm |
| Sun, Apr 15 | 5:30:17 am | **5:55:50 am** | **6:59:08 pm** | 7:24:40 pm | 13:03:18 | 12:27:29 pm | 4:59 am | 7:55 pm | 4:28 am | 8:26 pm |
| Mon, Apr 16 | 5:29:02 am | **5:54:38 am** | **6:59:52 pm** | 7:25:28 pm | 13:05:14 | 12:27:15 pm | 4:58 am | 7:55 pm | 4:27 am | 8:27 pm |
| Tue, Apr 17 | 5:27:47 am | **5:53:26 am** | **7:00:37 pm** | 7:26:16 pm | 13:07:11 | 12:27:02 pm | 4:57 am | 7:56 pm | 4:25 am | 8:28 pm |
| Wed, Apr 18 | 5:26:32 am | **5:52:15 am** | **7:01:22 pm** | 7:27:05 pm | 13:09:07 | 12:26:48 pm | 4:55 am | 7:57 pm | 4:24 am | 8:29 pm |
| Thu, Apr 19 | 5:25:19 am | **5:51:04 am** | **7:02:07 pm** | 7:27:53 pm | 13:11:03 | 12:26:36 pm | 4:54 am | 7:58 pm | 4:22 am | 8:30 pm |
| Fri, Apr 20 | 5:24:06 am | **5:49:55 am** | **7:02:53 pm** | 7:28:41 pm | 13:12:58 | 12:26:24 pm | 4:53 am | 7:59 pm | 4:21 am | 8:31 pm |
| Sat, Apr 21 | 5:22:53 am | **5:48:46 am** | **7:03:38 pm** | 7:29:30 pm | 13:14:52 | 12:26:12 pm | 4:51 am | 8:00 pm | 4:19 am | 8:32 pm |
| Sun, Apr 22 | 5:21:42 am | **5:47:38 am** | **7:04:23 pm** | 7:30:19 pm | 13:16:45 | 12:26:00 pm | 4:50 am | 8:01 pm | 4:18 am | 8:33 pm |
| Mon, Apr 23 | 5:20:31 am | **5:46:31 am** | **7:05:08 pm** | 7:31:08 pm | 13:18:37 | 12:25:50 pm | 4:49 am | 8:02 pm | 4:17 am | 8:34 pm |
| Tue, | 5:19:21 | **5:45:24** | **7:05:54** | 7:31:57 | 13:20:30 | 12:25:39 | 4:48 | 8:03 | 4:15 | 8:35 |

| | am | am | pm | pm | | pm | am | pm | am | pm |
|---|---|---|---|---|---|---|---|---|---|---|
| **Apr 24** | | | | | | | | | | |
| **Wed, Apr 25** | 5:18:12 am | **5:44:19 am** | **7:06:39 pm** | 7:32:46 pm | 13:22:20 | 12:25:29 pm | 4:46 am | 8:04 pm | 4:14 am | 8:36 pm |
| **Thu, Apr 26** | 5:17:04 am | **5:43:15 am** | **7:07:25 pm** | 7:33:35 pm | 13:24:10 | 12:25:20 pm | 4:45 am | 8:04 pm | 4:12 am | 8:37 pm |
| **Fri, Apr 27** | 5:15:57 am | **5:42:11 am** | **7:08:10 pm** | 7:34:25 pm | 13:25:59 | 12:25:11 pm | 4:44 am | 8:05 pm | 4:11 am | 8:38 pm |
| **Sat, Apr 28** | 5:14:51 am | **5:41:09 am** | **7:08:56 pm** | 7:35:14 pm | 13:27:47 | 12:25:03 pm | 4:43 am | 8:06 pm | 4:10 am | 8:39 pm |
| **Sun, Apr 29** | 5:13:46 am | **5:40:08 am** | **7:09:42 pm** | 7:36:04 pm | 13:29:34 | 12:24:55 pm | 4:42 am | 8:07 pm | 4:08 am | 8:40 pm |
| **Mon, Apr 30** | 5:12:41 am | **5:39:07 am** | **7:10:27 pm** | 7:36:53 pm | 13:31:20 | 12:24:47 pm | 4:40 am | 8:08 pm | 4:07 am | 8:41 pm |