**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Diana Day (SBN: 023174)
3939 North Drinkwater Boulevard
Scottsdale, Arizona  85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants City of Scottsdale,
Officer Treglown, Detective Ryan, and Officer Dearing

# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF ARIZONA

| | |
|---|---|
| Renee Ivchenko, a married individual,<br><br>   Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et al.<br><br>   Defendants. | Case No. 2:19-cv-05834-ROS-DMF<br><br>**CERTIFICATION OF COUNSEL RE: CONFERRAL PRIOR TO FILING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. 35)** |

  Undersigned counsel hereby certifies that pursuant to LRCiv. 12.1, undersigned has, before filing the motion to dismiss, made multiple good faith attempts to confer with opposing counsel to regarding the legal and factual issues asserted in the motion. The parties were unable to agree that the issues were curable by permissible amendment offered by the pleading party.

  Undersigned counsel first reached out to Plaintiff's counsel to discuss the factual and legal deficiencies with the lawsuit via email on May 28, 2020 (attached). Counsel had a lengthy discussion of the issues on June 2, 2020 during a telephonic early discovery meeting. The factual and legal issues were reiterated in the Joint Case Management report, which additionally notes that "[t]he parties have already met and conferred to discuss the factual and

18350700v1

legal deficiencies in Plaintiff's Amended Complaint that are potentially curable by amendment in anticipation of Defendants filing a motion for judgment on the pleadings and/or motion to dismiss." (Doc. 27 at 6). Undersigned counsel reached out again via email on June 8, 2020 (attached) to confer again following receipt of Plaintiff's Initial MIDP disclosures (which were supplemented following this email).

On July 27, 2020, Plaintiff filed the Second Amended Complaint. Undersigned counsel again reached out to Plaintiff's counsel via email to discuss the factual and legal issues of the Second Amended Complaint, which are identical to the issues raised by counsel in regard to the First Amended Complaint (attached).

Undersigned counsel respectfully requests that the above efforts constitute good faith compliance with LRCiv 12.1 and that no further conferral would be necessary or fruitful.

DATED this 11th day of August, 2020.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

/s/ Diana Day
Diana Day, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorneys for City of Scottsdale, Officer Treglown, Detective Ryan, and Officer Dearing

18350700v1